United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Daniel J. Costello, Jr.  
    Debtor

Case No. 19-16959-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 1    Date Rcvd: May 06, 2020  
                      Form ID: pdf900    Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2020.

```
db          +Daniel J. Costello, Jr.,    58 Village Lane,    Levittown, PA 19054-1212
14439540    +BB&T now Truist, Bankruptcy Section,    100-50-01-51,    P.O. Box 1847,    Wilson, NC 27894-1847
14416849     CRDT First,    6275 Eastland Road,    Brookpark, OH 44142-1399
14438567    +CREDIT FIRST NA,    PO BOX 818011,    CLEVELAND, OH 44181-8011
14452129     Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD 57108-5027
14416851    +McCabe, Weisberg & Conway, PC,    Suite 2080,    123 South Broad Street,
              Philadelphia, PA 19109-1031
14420521    +Nationstar Mortgage LLC D/B/A Mr. Cooper,    C/O REBECCA ANN SOLARZ,    KML Law Group, P.C.,
              701 Market Street, Ste. 5000,    Philadelphia, PA 19106-1541
14420520    +Nationstar Mortgage LLC D/B/A Mr. Cooper,    C/O ML Law Group, P.C.,    701 Market Street,
              Suite 5000,    Philadelphia, PA 19106-1541
14448172    +Nationstar Mortgage LLC dba Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
14416852    +Nationstar Mortgage, LLC,    8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
14416853    +Pacific Union Financial, LLC,    1601 LBJ Freeway,    Suite 500,    Farmers Branch, TX 75234-6519
14416854    +THD/CBNA,    One Court Square,    Long Island City, NY 11120-0001
14434212    +Webcollex LLC D/B/A CKS Financial,    PO Box 2856,    Chesapeake, VA 23327-2856
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: megan.harper@phila.gov May 07 2020 04:22:23     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 07 2020 04:22:04
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 07 2020 04:22:20     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14416847    +E-mail/Text: bankruptcy@bbandt.com May 07 2020 04:21:57     BB&T,    PO Box 3307,
              Greenville, SC 29602-3307
14416848    +E-mail/Text: jsanders@cksfin.com May 07 2020 04:22:02     CKS Financial,
              505 Independence Parkway,    Suite300,    Webcollex,    Chesapeake, VA 23320-5178
                                                                                               TOTAL: 5
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14416850     Joelle Strickland
                                                                                     TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2020                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2020 at the address(es) listed below:

```
              JON M. ADELSTEIN    on behalf of Debtor Daniel J. Costello, Jr. jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　Daniel J. Costello, Jr.<br><br>　　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 19-16959-JKF |

ORDER DISMISSING CHAPTER 13 CASE

　　AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

　　IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: May 6, 2020**

_____
JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE